IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COREY R. LEWANDOWSKI )
8 Orchard Lane )
Old Saybrook, CT. 06475 )
 )
    Plaintiff ) CASE NUMBER 1:01CV01517
 )
    v. ) No. JUDGE: Ricardo M. Urbina
 )
PROPERTY CLERK ) DECK TYPE: General Civil
METROPOLITAN POLICE DEPARTMENT )
2235 Shannon Place ) DATE STAMP: 07/12/2001
Washington, D.C. 20032 )
 ) **JURY ACTION**
    Defendant )

## COMPLAINT

1) This is an action for damages, pursuant to 42 U.S.C. § 1983, for violation of Mr. Lewandowski's constitutionally guaranteed right not to be deprived of property without due process of law and for return of the property.

## Jurisdiction

2) Jurisdiction is founded on 28 U.S.C. § 1331 and § 1343.

## Facts

3) Mr. Lewandowski, then a congressional staff member, was arrested on April 30, 1999 when he attempted to enter the Longworth House Office Building with a loaded pistol which was inside an overnight bag he was carrying.

4) When Mr. Lewandowski was arrested, a pistol, three pistol magazines, a holster, and several rounds of ammunition were seized.

5) Mr. Lewandowski was charged with attempted carrying of a pistol without a license.

6) Mr. Lewandowski was acquitted on September 23, 1999.

7) On or about November 1, 1999, the Superior Court denied Mr. Lewandowski's motion for return of his property.

8) On or about December 6, 1999, the Superior Court issued a Supplemental Order denying Mr. Lewandowski's motion for reconsideration of the denial of Mr. Lewandowski's motion for return of his property.

9) On information and belief, the pistol, three pistol magazines, a holster, and several rounds of ammunition were delivered to Defendant.

10) Defendant is an officer of the Metropolitan Police Department and is sued in his individual capacity.

11) On or about December 19, 2000, the District of Columbia Court of Appeals affirmed the Superior Court's denial of Mr. Lewandowski's motion for return of his property.

12) On or about December 22, 2000, counsel for Mr. Lewandowski wrote to Defendant requesting the prompt return of the pistol, three pistol magazines, a holster, and several rounds of ammunition as Defendant had not provided Mr. Lewandowski notice in compliance with Ford v. Turner, 531 A.2d 233 (D.C. App. 1987).

13) Defendant received counsel's letter on or about January 8, 2001.

14) Defendant has intentionally not returned Mr. Lewandowski's property or provided Mr. Lewandowski notice in compliance with Ford, supra.

15) Mr. Lewandowski has suffered loss of his property and mental anguish.

## Count I

16) Paragraphs 1 through 15 are realleged and incorporated herein by reference.

17) The Fifth Amendment to the United States Constitution states in part: "No person shall . . . be deprived of life, liberty, or property, without due process of law . . . ."

18) Mr. Lewandowski has been deprived of his property without due process of law.

19) Pursuant to the Fifth Amendment, "if the Government seeks to forfeit property, a proper proceeding should be instigated to accomplish this purpose." United States v. Wilson, 540 F.2d 1100, 1104 (D.C. Cir. 1976).

20) Pursuant to the Fifth Amendment, the Government has no "inherent right to confiscate property that is not covered by a forfeiture statute . . . ." United States v. Farrell, 606 F.2d 1341, 1345-46 (D.C. Cir. 1979).

21) Pursuant to the Fifth Amendment, the Government may not, "in the absence of statutory authority, confiscate all instrumentalities of crime . . . ." Farrell, 606 F.2d at 1346.

22) No proceeding has been instigated by Defendant to forfeit Mr. Lewandowski's property.

23) No provision of the D.C. Code authorizes the Superior Court to forfeit Mr. Lewandowski's property.

WHEREFORE, Mr. Lewandowski prays that this court:

1) Order return of Mr. Lewandowski's property.

2) Award damages to Mr. Lewandowski, including punitive damages, in the sum of $50,000.

3) Award costs and attorney's fees pursuant to 42 U.S.C. § 1988.

4) Award such other relief as the court deems proper.

TRIAL BY JURY IS DEMANDED

Respectfully submitted,

Corey Lewandowski
By Counsel

*Richard E. Gardiner*

Richard E. Gardiner
Suite 404
10560 Main Street     #386915
Fairfax, Va. 22030
(703) 352-7276
(703) 359-0938 (fax)